PROB 12C
(6/16)

Report Date: November 3, 2021

## United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Guillermo Gonzalez Rivas    Case Number: 0980 2:12CR02049-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 14, 2013

Original Offense:    Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5845, 5861(d) & 5871

Original Sentence:    Prison 114 months        Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Ben Seal            Date Supervision Commenced: March 26, 2021

Defense Attorney:       TBD                 Date Supervision Expires: March 25, 2024

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his conditions of supervised release by consuming alcohol on or about October 7, 2021.

Mr. Gonzalez Rivas' supervised release conditions were reviewed with him on March 29, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions which includes special condition number 19, as noted above.

On October 21, 2021, Mr. Gonzalez Rivas reported to the United States Probation Office as instructed to discuss recently learned noncompliant behavior. During this same appointment, Mr. Gonzalez Rivas admitted he consumed alcohol on or about October 7, 2021.

On October 22, 2021, Mr. Gonzalez Rivas signed a drug admission/denial form admitting to consuming alcohol on or about October 7, 2021.

Prob12C
**Re: Gonzalez Rivas, Guillermo**
**November 3, 2021**
**Page 2**

|   |   |   |
|---|---|---|
| | 2 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his conditions of supervised release by failing to submit to a random urinalysis (UA) at Merit Resource Services (Merit) on October 20, 2021.

Mr. Gonzalez Rivas' supervised release conditions were reviewed with him on March 29, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions which includes special condition number 18, as noted above. On this same date, Mr. Gonzalez Rivas reviewed and signed the Eastern District of Washington substance abuse testing instructions acknowledging his understanding of the drug testing program. The offender was instructed to call Merit's colorline system and when his assigned color was called, he was to report and submit to a UA.

On October 21, 2021, the U.S. Probation Office received a report from Merit indicating Mr. Gonzalez Rivas failed to report and provide a UA sample on October 20, 2021.

3    **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his conditions of supervised release by failing to notify the probation officer prior to a change in residence on or before October 18, 2021.

Mr. Gonzalez Rivas' supervised release conditions were reviewed with him on March 29, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions which includes standard condition number 6, as noted above.

On September 17, 2021, this officer approved Mr. Gonzalez Rivas' request to reside at his daughter's residence in Buena, Washington.

On October 12, 2021, Mr. Gonzalez Rivas sent this officer a text message via his cellular telephone, and reported he had relocated to the pre-approved residence in Buena, Washington.

October 21, 2021, Mr. Gonzalez Rivas' daughter disclosed to this officer that the offender had not returned to her residence since on or about October 18, 2021, and his whereabouts is unknown. On this same date, Mr. Gonzalez Rivas reported to this officer that as of on or about October 18, 2021, he was no longer residing at his previously reported address in Buena, Washington. Mr. Gonzalez Rivas failed to notify this officer prior to a change of residence.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Gonzalez Rivas, Guillermo**
November 3, 2021
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 3, 2021

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/4/2021
Date