PROB 12C
(6/16)

Report Date: January 4, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Guillermo Gonzalez Rivas        Case Number: 0980 2:12CR02049-SAB-1

Address of Offender:                         Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 14, 2013

| | | |
|---|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871 | |
| Original Sentence: | Prison - 114 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: March 26, 2021 |
| Defense Attorney: | Ben Hernandez | Date Supervision Expires: March 25, 2024 |

### PETITIONING THE COURT

To issue a warrant.

On March 29, 2021, supervised release conditions were reviewed and signed by Mr. Gonzalez Rivas, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1        **Special Condition #18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his supervised release conditions by failing to submit to a urinalysis at Merit Resource Services (Merit) on December 7, 2023.

On March 29, 2021, Mr. Gonzalez Rivas reviewed and signed the Eastern District of Washington substance abuse testing instructions acknowledging his understanding of the drug testing program. The offender was instructed to call Merit's colorline system and when his assigned color was called, he was to report and submit to a UA.

Prob12C
Re: Gonzalez Rivas, Guillermo
January 4, 2024
Page 2

On December 8, 2023, Merit reported to the United States Probation Office that Mr. Gonzalez Rivas failed to report and provide a UA on December 7, 2023.

On December 11, 2023, during a telephonic conversation, Mr. Gonzalez Rivas reported to this officer that he did not call the drug testing program on December 7, 2023, and therefore did not submit to a UA.

2  **Special Condition #18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his supervised release conditions by consuming a controlled substance, methamphetamine, on or before December 14, 2023.

On December 11, 2023, during a telephonic conversation, Mr. Gonzalez Rivas reported to this officer that he consumed methamphetamine on December 9, and 10, 2023.

On December 14, 2023, Mr. Gonzalez Rivas reported to the probation office as instructed and submitted to a UA. The UA was presumptive positive for amphetamine/methamphetamine. The offender reported his last date of use was on December 10, 2023. Mr. Gonzalez Rivas signed a drug use admission/denial form admitting to consuming methamphetamine on December 9, and 10, 2023.

3  **Special Condition #17**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his supervised release conditions by failing to complete a substance abuse reassessment on December 19, 2023

On December 14, 2023, this officer assisted Mr. Gonzalez Rivas in scheduling a substance abuse reassessment appointment at Comprehensive Healthcare (CHC). On that same date, this officer informed the offender his scheduled substance abuse appointment was set for December 19, 2023, at 1 p.m.

On December 18, 2023, this officer sent Mr. Gonzalez Rivas a text message reminding him of his appointment at CHC the following day. On this same date, the offender confirmed the receipt of the text message reminder.

Prob12C
**Re: Gonzalez Rivas, Guillermo**
**January 4, 2024**
**Page 3**

On December 19, 2023, at 12:55 p.m. Mr. Gonzalez Rivas contacted this officer via telephone and reported he had overslept and would not arrive on time to this 1 p.m. appointment. On this same date, CHC informed this officer that the offender failed to report for his substance abuse appointment.

| | |
|---|---|
| 4 | **Special Condition #18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his supervised release conditions by failing to submit to a UA at Merit on December 20, 2023.

On March 29, 2021, Mr. Gonzalez Rivas reviewed and signed the Eastern District of Washington substance abuse testing instructions acknowledging his understanding of the drug testing program. The offender was instructed to call Merit's colorline system and when his assigned color was called, he was to report and submit to a UA.

On December 21, 2023, Merit reported to the United States Probation Office that Mr. Gonzalez Rivas failed to report and provide a UA on December 20, 2023. On this same date, during a telephonic conversation, Mr. Gonzalez Rivas reported to this officer that he did not call the drug testing program on December 20, 2023, and therefore did not submit to a UA.

| | |
|---|---|
| 5 | **Special Condition # 18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his supervised release conditions by consuming a controlled substance, methamphetamine, on or before December 17, 2023.

On December 21, 2023, during a telephonic conversation, this officer instructed Mr. Gonzalez Rivas to report to the probation office on this same date for a make-up UA. The offender was hesitant and became irrate with this officer. However, later this same date during a telephonic conversation, the offender reported to this officer that he consumed methamphetamine on December 17, 2023.

| | |
|---|---|
| 6 | **Special Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer. |

**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his supervised release conditions by failing to report for his scheduled probation office appointment on December 26, 2023.

Prob12C
Re: Gonzalez Rivas, Guillermo
January 4, 2024
Page 4

On December 21, 2023, during a telephonic conversation, this officer instructed Mr. Gonzalez Rivas to report to the probation office on December 26, 2023, at 1 p.m. The offender verbalized an understanding and committed to submitting to a negative UA at that scheduled appointment.

On December 26, 2023, Mr. Gonzalez Rivas did not report for his scheduled office appointment.

| | |
|---|---|
| 7 | **Special Condition #17**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his supervised release conditions by failing to attend the recommended substance abuse treatment program on January 3, 2024.

On December 29, 2023, CHC expressed to this officer that Mr. Gonzalez Rivas completed a substance abuse assessment on December 27, 2023. During this same conversation, the counselor expressed to this officer that the offender was recommended intensive outpatient treatment (IOP) and was scheduled to begin the program on January 3, 2024.

On January 3, 2024, Mr. Gonzalez Rivas' substance abuse counselor reported to this officer that the offender failed to attend group on this same date.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Araceli Mendoza

January 4, 2023

Araceli Mendoza
U.S. Probation Officer

Prob12C
Re: Gonzalez Rivas, Guillermo
January 4, 2024
Page 5

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

1/5/2024
Date