PROB 12C
(6/16)

Report Date: January 25, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 25, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Guillermo Gonzalez Rivas                Case Number: 0980 2:12CR02049-SAB-1

Address of Offender:                        Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 14, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5845, 5861(d) & 5871 | | |
| Original Sentence: | Prison - 114 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | March 26, 2021 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: | March 25, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/4/2024. A warrant was previously issued by the Court on January 5, 2024.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his supervised release conditions by committing the crime of knowingly possessing a controlled substance on January 21, 2024, case number 4A0057186.<br><br>On January 21, 2024, Mr. Gonzalez Rivas was arrested by the Yakima Police Department (YPD), and cited for knowingly possessing a controlled substance (methamphetamine). See narrative information in violation #9.<br><br>On January 22, 2024, Mr. Gonzalez Rivas pled guilty to knowingly possessing a controlled substance in Yakima Municipal Court. |

Prob12C
**Re: Gonzalez Rivas, Guillermo**
**January 25, 2024**
**Page 2**

| | | |
|---|---|---|
| 9 | **Standard Conditions #7**: The defendant shall refrain excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. | |

**Supporting Evidence**: Mr. Gonzalez Rivas is alleged to have violated his supervised release conditions by possessing a controlled substance (methamphetamine) on or about January 21, 2024.

According to YPD's narrative report for incident number 24Y002147: On January 21, 2024, at approximately 11:32 p.m., Mr. Gonzalez Rivas was contacted by YPD after the offender was observed riding a bicycle on the roadway without a front-facing white light, failing to use the marked pedestrian crosswalk at the intersection, and riding his bicycle southbound in the curb lane for northbound traffic. During this same contact, YPD expressed Mr. Gonzalez Rivas had difficulty holding still, was pacing, and exhibited signs of being intoxicated on a stimulant. YPD issued Mr. Gonzalez Rivas an infraction for missing a front-facing white light on his bicycle and arrested the offender on the United States Marshal warrant. During a search of the offender's person, YPD located a small vial containing a white crystal-like substance (suspected methamphetamine), a clear glass pipe with a burnt white crystal substance (suspected methamphetamine) inside of it, as well as a torch lighter. Therefore, YPD found probable cause to arrest Mr. Gonzalez Rivas for knowingly possessing a controlled substance (methamphetamine).

YPD took several photographs of the vial and pipe that was found on the offender's person. The vial and suspected methamphetamine were weighed and tested, both reacting positive for methamphetamine.

On January 22, 2024, Mr. Gonzalez Rivas pled guilty to knowingly possessing a controlled substance in Yakima Municipal Court.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 25, 2024

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

Prob12C

Re: Gonzalez Rivas, Guillermo
January 25, 2024
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/25/2024

Date